Dear Abel Acosta (Clerk)

My name is James Laden, TDCJ-ID no. 1873631, and I am incarcerated at the Wheeler unit in Plainview, Texas. Recently I had an application for the writ of habeas corpus filed in the appeals court in Austin. It was presented to the court on January 6, 2015. On January 21, 2015 my writ of habeas corpus was denied and I received the advisory of that in the mail today. I had good and solid grounds as to why I was seeking releif through a habeas corpus. I was not given any reason or reasons as to why my writ of habeas corpus was denied. I am now asking you, Mr. Acosta, if you can would you send me the reason or reasons as to why the court denied my writ of habeas corpus. I really feel like a grave injustice has been given to me and feel like I deserve to know the reasons why. Also I would like to ask of you what more can I do, on my own, as I am indigent, and cannot afford to hire another attorney to seek relief in my cases. Any advice from you would be greatly appreciated. Enclosing I am looking forward for an answer

from you and wish that you would send that answer by the U.S. postal service to the address that I am listing in the end of this letter. Thank-you very much for your time and your wisdom in this matter.

Respectfully,
James Laden

James Laden # 1873631
Wheeler Unit
986 C.R. AA
Plainveiw, Texas
79072